IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HOWARD BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:22-cv-00422 |
| | ) | |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| UNITED PARCEL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 17, "R&R"), wherein the Magistrate Judge recommends that this Court grant Defendant's Motion to Dismiss (Doc. No. 6) pursuant to Rule 12(b)(6) based on Plaintiff's failure to state a claim upon which relief can be granted. Plaintiff (who is proceeding *pro se*) has not filed an objection within the 14-day deadline for objecting prescribed by Fed. R. Civ. P. 72 and 28 U.S.C. " § 636(b)(1).

The failure to properly, specifically, and timely object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019). "The filing of vague, general, or conclusory objections does not meet the requirement of specific objections and is tantamount to a complete failure to object. Moreover, an objection that does nothing more than state a disagreement with a magistrate's suggested resolution, or simply summarizes what has been presented before, is not an objection as that term is used in this context." *Id*. at *2 (internal citations and quotation marks omitted). The district court is not required to review, under a *de novo* or any

other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc*., 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id*.

Accordingly, the R&R (Doc. No. 17), which the Court has read, is ADOPTED. Defendant's Motion to Dismiss (Doc. No. 6 ) therefore is GRANTED, and this action is DISMISSED WITH PREJUDICE pursuant to Rule 12(b)(6).

This is the final order in this case denying all relief, and so the Clerk shall enter judgment. *See* Fed. R. Civ. P. 58(b)(1)(C).

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE